# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-20867 |
| **JAMES H. MCGUCKIN,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER APPROVING COMPROMISE AGREEMENT
## PURSUANT TO FED. R. BANKR. P. 9019(a) AND D. ME. LBR 9019-1(e)

**THIS MATTER** came before the Court upon the *Motion for an Order Approving Compromise Agreement Pursuant to Fed. R. Bankr. P. 9019(a) and D. Me. LBR 9019-1(e)* (the "Compromise Motion"). Such notice as was necessary having been given pursuant to 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and the Local and Federal Rules of Bankruptcy Procedure, and such hearing as was necessary being held, and this Court having taken such evidence, offers of proof, and arguments of counsel as needed, it is hereby found and determined that:

A.    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Compromise Motion;

B.    Proper, timely, adequate and sufficient notice of the Compromise Motion and the hearing thereon has been provided by service of the *Notice of Hearing* on interested parties and no other further notice of the Compromise Motion, hearing thereon, or entry of this Order is required;

C.    The Trustee has exercised reasonable business judgment in evaluating the options of litigation and settlement and the proposed compromise described in the Compromise Motion is a proper and reasonable exercise of the Trustee's business judgment. Therefore, it is

**ORDERED, ADJUDGED AND DECREED** that:

1.      The Compromise Motion is **GRANTED** in all respects.

2.      James E. McGuckin is ordered to deliver **$12,500** to the Trustee for the benefit of the Debtor's estate within seven (7) days of the date of this Order.  Such payment shall be in full and final settlement and satisfaction of any and all claims of the Trustee and the bankruptcy estate against James E. McGuckin relating to the Insider Payment.

3.      The Trustee shall administer the payment from James E. McGuckin free and clear of all liens, claims, interests and encumbrances.

4.      Any and all claims of any kind ever held by James E. McGuckin against the Trustee and/or the bankruptcy estate are hereby waived, released and expunged.

5.      This Court retains exclusive jurisdiction over the parties for all purposes relating to the Compromise Motion, including enforcing the terms of this Order.

Dated:_____April 27, 2016_____, 2016

/s/ Peter G. Cary
_____
Honorable Peter G. Cary
United States Bankruptcy Court
District of Maine

9201491_1.DOCX